UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    05-cr-260-01-JD

FNU LNU (1)
a/k/a Jose Soler (1)

## O R D E R

The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          /s/Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: November 9, 2007


cc: Jeffrey Levin, Esq.
    Alfred Rubega, AUSA
    U.S. Marshal
    U.S. Probation