UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 05-cr-260-01-JD

<u>FNU LNU
a/k/a Jose Soler</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                 *__Joseph A. DiClerico, Jr.__*
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

Date: May 13, 2008


cc: Jeffrey S. Levin , Esq.
    Alfred J.T. Rubega, Esq.
    U.S. Marshal
    U.S. Probation