```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.         Criminal No. 05-cr-260-01-JD

<u>FNU LNU</u>
a/k/a Jose Soler

          <u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.


                <u>***Joseph A. DiClerico, Jr.***</u>
                Joseph A. DiClerico, Jr.
                United States District Judge

Date:  July 31, 2008


cc: Jeffrey S. Levin, Esq.
   Alfred J.T. Rubega, Esq.
   U.S. Marshal
   U.S. Probation